UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENDA DISCHBEIN, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) No. 4:05-CV-1981 (CEJ) |
| CITY OF BONNE TERRE, et al., | ) |
| Defendants. | ) |

### ORDER

In accordance with the stipulation of the parties,

**IT IS HEREBY ORDERED** that plaintiffs' complaint is **dismissed with prejudice**. The parties shall bear their own costs and attorneys' fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2006.